IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF ROACH                                                                                          PLAINTIFF

v.                                    CASE NO. 4:16-CV-00030 BSM

RENT-A-CENTER EAST, INC., et al.                                                      DEFENDANTS

## ORDER

The order and judgment dismissing this case [Doc. Nos. 14 and 15] were entered in error and are hereby vacated. The clerk is directed to reopen this case. Pursuant to the parties' stipulation of dismissal [Doc. No. 13] and Federal Rule of Civil Procedure 41(a)(1)(A), only the claims against defendants Alan Frazier, Noah Nichols, and Keith Lilly are dismissed with prejudice with each party to bear its own fees and costs. Accordingly, the clerk is directed to dismiss only Frazier, Nichols, and Lilly.

IT OS SO ORDERED this 15th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE